**Order filed July 15, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-12-00655-CV

_____

**KEVIN MATTHEW HALL, Appellant**

**V.**

**REBECCA MACCORKLE HALL, Appellee**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-63670**

## O R D E R

Appellant's brief was due June 23, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 8, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM